**Arleatha GOODWIN, Appellant,**

v.

**Michael BLAIR, Respondent.**

**No. 61419.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 27, 1992.

Goffstein, Kraus, Sherman, Morganstern & Seigel, Sanford Goffstein, Clayton, for appellant.

Michael Blair, pro se.

SIMON, Judge.

Arleatha Goodwin, appellant, appeals a judgment in favor of Michael Blair, respondent, in an automobile collision case. Appellant contends that the trial court erred in finding that the appellant failed to prove that respondent was driving the automobile that struck appellant because respondent admitted this fact when he failed to respond to appellant's request for admissions. Appeal dismissed.

It is our duty to determine *sua sponte* whether this court has jurisdiction, even though the issue has not been raised by either party. *Trotter v. Honest John's,* 765 S.W.2d 735 (Mo.App.1989). The timely filing of an appeal is a jurisdictional requirement. *Id.* at 735.

The trial court rendered judgment on December 3, 1991. Appellant filed motion for new trial on December 10, 1991. The trial court denied the motion on December 31, 1991. Judgment became final at that time. Rule 81.05(a). Appellant had ten days after final judgment to file a notice of appeal. Rule 81.04(a). The ten day period includes intermediate Saturdays, Sundays and legal holidays. Rule 44.01(a). Ten days after December 31, 1991 is January 10, 1992, a Friday. Appellant filed her notice of appeal on January 16, 1992. Therefore, appellant's notice of appeal was not timely.

Further, appellant had six months from the date of final judgment to seek a special order from this court permitting a late filing of the notice of appeal. Rule 81.-07(a). She did not seek such an order.

Appeal dismissed.

CARL R. GAERTNER, P.J., and CRANE, J., concur.

**STATE of Missouri, Respondent,**

v.

**Craig A. BARKSDALE, Appellant.**

**Nos. WD 44425, WD 45715.**

Missouri Court of Appeals,
Western District.

Oct. 27, 1992.

J. Bryan Allee, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

PER CURIAM:

Craig Barksdale appeals from the jury verdict finding him guilty of robbery in the first degree, armed criminal action, burglary in the first degree, and also appeals from a denial of his Rule 29.15 motion for ineffective assistance of counsel.

The Judgment is affirmed. Rule 30.25(b) and Rule 84.16(b).